

UNITED STATES COURT OF INTERNATIONAL TRADE
ONE FEDERAL PLAZA
NEW YORK, N.Y. 10278-0001

CHAMBERS OF
Jennifer Choe-Groves
      Judge

August 3, 2026

**VIA CM/ECF**

Re:   <u>Scottsdale Tobacco, LLC v. United States</u>
      Court No. 24-00022

Dear Counsel:

Oral argument in this action is scheduled for Tuesday, August 11, 2026, at 10:00 AM in Courtroom 1 of the United States Court of International Trade, One Federal Plaza, New York, N.Y.  The Court asks Counsel to be prepared to address the following issues.

1.  Please explain the requirements for a duty drawback claim, and whether one must show the date of entry of the subject merchandise into the Foreign Trade Zone (FTZ), or whether one may show the date of withdrawal from the FTZ and entry into the U.S. territory as equivalent to the date of importation, as well as copies of any relevant legal authority for this argument.

2.  Please explain why the information submitted by Plaintiff did not satisfy the requirements for a drawback claim, particularly with respect to Form 214 and Form 7501.  Plaintiff may explain why it believes that the information was sufficient to meet the drawback requirements.  Please bring copies of particular documents that Plaintiff and the Government allege are sufficient or insufficient to show the date of importation into the FTZ that the Parties view as most relevant to the duty drawback claim.

In light of the Parties' Joint Status Report (ECF No. 38) narrowing the issues before the Court, the Court additionally requests that the Parties confer and submit a Joint Statement of Undisputed Facts no later than August 10, 2026.

Any Party may address the questions above.  Please contact my Case Manager, Steve Taronji, by telephone at (212) 264-1611 or via e-mail at steve_taronji@cit.uscourts.gov, with any questions or concerns.  Thank you for your assistance and cooperation.

Very truly yours,
  /s/ Jennifer Choe-Groves
Jennifer Choe-Groves, Judge

cc:   Steve Taronji
      For Docketing